Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-475

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | MORNING1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | July 24, 2012 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-954

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 06, 2024

---

## Title

Title of Work: FLOWERING-green

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: December 12, 2016
Nation of 1st Publication: Portugal

## Author

- Author: Mariia Taktasheva
  Pseudonym: Maria Galybina
  Author Created: 2-D artwork
  Citizen of: Russia

## Copyright Claimant

Copyright Claimant: Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

Name: Mariia Taktasheva
Email: maria.galybina@gmail.com
Address: Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

Name: David Denholm
Date: October 11, 2024

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-027

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title
    **Title of Work:** Seasons-spring

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** July 18, 2015
    **Nation of 1st Publication:** Portugal

## Author
   •  **Author:** Mariia Taktasheva
    **Pseudonym:** Maria Galybina
    **Author Created:** 2-D artwork
    **Citizen of:** Russia

## Copyright Claimant
    **Copyright Claimant:** Mariia Taktasheva
      Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions
    **Name:** Mariia Taktasheva
    **Email:** maria.galybina@gmail.com
    **Address:** Travessa dos Inglesinhos 27-4B
      Lisbon 1200- 222 Portugal

## Certification
    **Name:** David Denholm
    **Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-369

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** PARADISE-colorful

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 15, 2018
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-211

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** coffee15

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 03, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-667

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 27, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | TROPIC-blue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 05, 2016 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva<br>Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B<br>Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-023

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

## Title

| | |
|---|---|
| **Title of Work:** | seamless69 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | February 18, 2015 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-318

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title
 

| | |
|---|---|
| **Title of Work:** | lighthouse2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 14, 2017 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| •     **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-005

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** sea3

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 19, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-325

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | animals14 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 01, 2017 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-474

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** BLOSSOM MEADOW3

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 16, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-324

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** books5

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 26, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-423-665**

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 27, 2024

## Title
_____

        **Title of Work:**  SUMMER_NIGHT-dark

## Completion/Publication
_____

        **Year of Completion:**  2018
     **Date of 1st Publication:**  April 23, 2018
   **Nation of 1st Publication:**  Portugal

## Author
_____

-       **Author:**  Mariia Taktasheva
      **Pseudonym:**  Maria Galybina
    **Author Created:**  2-D artwork
      **Citizen of:**  Russia

## Copyright Claimant
_____

   **Copyright Claimant:**  Mariia Taktasheva
                   Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions
_____

        **Name:**  Mariia Taktasheva
        **Email:**  maria.galybina@gmail.com
    **Address:**  Travessa dos Inglesinhos 27-4B
                   Lisbon 1200- 222 Portugal

## Certification
_____

        **Name:**  David Denholm
         **Date:**  October 11, 2024

